**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                        Case No.: 12-03108-01-CR-S-GAF

**GUILDMASTER, INC.**

                                                 USM Number: N/A

                                                 Sara M. Holzschuh, Retained

## AMENDED JUDGMENT IN A CRIMINAL CASE

**Date of Original or Last Amended Judgment:** 9/6/13

**Reason for Amendment:** To correct the statutory section of the offense

The defendant pleaded guilty to Count 3 on 7/15/13 of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2320(a)(1) | Trafficking in Counterfeit Goods | - | 3 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) 1-2 and 4-9 dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                                   Date of Imposition of Sentence: 8/30/13

                                                                                         /s/ Gary A. Fenner
                                                                                              GARY A. FENNER
                                                                       UNITED STATES DISTRICT JUDGE

                                                                                              September 24, 2013

# PROBATION

The defendant is hereby placed on probation for a term of **5 Years**.

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF PROBATION

1. Within thirty (30) days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2. The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3. The defendant organization shall notify the probation officer **at least ten (10) days prior** to any change in principal business or mailing address;

4. The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5. The defendant organization shall notify the probation officer within **seventy-two (72) hours** of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6. The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by the court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7. The defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

# ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____   _____
Defendant                                                                          Date

_____   _____
United States Probation Officer                                       Date

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$400.00** | $ | $ |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

Note: Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

* See separate Restitution Judgment for further details

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A lump sum payment of the full amount of **$400** is due immediately.

## FORFEITURE

The preliminary order of forfeiture entered on August 27, 2013 is finalized and imposed.